This case is consolidated with *Charles Cabral* v. *Kaiser Aluminum & Chemical Corporation*, No. 79-33-A. and both matters are assigned to the May, 1979 calendar for oral argument. *Quinn, Cuzzone & Geremia, John F. Cuzzone, Jr.*, for petitioner. *Lovett & Linder, Ltd., Raul L. Lovett*, for employee, Raymond Castigliego.

M. P. No. 78-444. PAUL RULE v. RHODE ISLAND DEPT. OF TRANSPORTATION. The petition for writ of certiorari is granted. The stay previously granted in this case is continued until further order of this court. *Mitchell S. Riffkin*, for petitioner. *Stephen F. Mullen*, Chief Special Counsel, Office of Special Counsel, Department of Transportation, for respondent.

M. P. No. 78-461. MICHAEL KRACZKOWSKI v. BOARD OF PUBLIC SAFETY OF THE CITY OF WARWICK. The petition for writ of certiorari is granted. *John D. Lynch*, for plaintiff-respondent. *William J. Toohey*, City Solicitor, *Frank J. Cenerini*, Assistant City Solicitor, for defendant-petitioner.

M. P. NO. 78-466. PATRICIA WATMOUGH v. ROY PETER WATMOUGH, JR. Petitioner having failed to adequately support his petition in accordance with the provisions of Rule 13 of this court's rules, the petition for writ of certiorari is denied. This denial is without prejudice to the filing of a new petition which shall comply with the requirements of said rule. *Nancy Palmisciano*, for plaintiff-respondent. *Leonard A. Kamaras*, for defendant-petitioner.

M. P. No. 79-8. FIRST EQUITY CAPITAL CORPORATION v. ROBERT M. WALLING, CHAIRMAN *et al.* The petition for writ of certiorari is denied. *James B. Callahan*, for petitioner. *Higgins, Cavanagh & Cooney, Charles A. Hambly, Jr., William R. Harvey*, Town Solicitor, for respondents.

APPEAL No. 77-209. ALFRED McCALL v. ALBERT SAUNDERS *et al.* The plaintiff is appealing from an order entered by the Superior Court. The order directed that the plaintiff may be removed from office as Chief of Police of the town of East Greenwich by an affirmative vote of a majority (2 members) of the 3-member quorum of the Town Council hearing the matter. The town manager subsequently